# United States District Court
for the
Southern District of Indiana

| | |
|---|---|
| SARAH BORNHORST, )<br> )<br> *Plaintiff,* )<br> )<br> vs. )<br> )<br> )<br>NOW COURIER, INC. and KYLE FARLEY, )<br> )<br> *Defendants.* ) | Cause No: 1:20-cv-3105 SEB-DML |

## SUMMONS IN A CIVIL ACTION

TO: (*Defendants' names and addresses*)

*Now Courier, Inc.*
*c/o J. Gregory Shelley*
*111 Monument Circle, Ste. 2700*
*Indianapolis, IN 46204*

*Kyle Farley*
*c/o J. Gregory Shelley*
*111 Monument Circle, Ste. 2700*
*Indianapolis, IN 46204*

 A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff=s attorney, whose name and address are:

**Paul J. Cummings**
**HENN HAWORTH CUMMINGS + PAGE**
**1634 W Smith Valley Road, Ste. B**
**Greenwood, IN 46142**
**Paul.Cummings@HHCFirm.com**

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT, Roger A.G. Sharpe*

Date: December 3, 2020 BY: *Daniel J. Habing*
 *Deputy Clerk*

Civil Action Number: _____

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____           _____
                                                                  *Server's Signature*


                                                 _____
                                                                  *Printed name and title*


                                                 _____
                                                                  *Server's address*

Additional information regarding attempted service, etc.