IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH BORNHORST, | |
| Plaintiff, | |
| v. | Civil Action No.: 1:20-cv-03105-SEB-MG |
| NOW COURIER, INC<br>Defendants, | |

> Acknowledged.
>
> This action is hereby dismissed with prejudice.
>
> Date: _8/18/2021_
>
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Sarah Bornhorst, and Defendant NOW Courier, Inc, through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims asserted, or that could have been asserted, in this action, **with prejudice**, and without a Court order, by filing this Joint Stipulation for Dismissal signed by all parties who have appeared. Each party to bear their own costs and attorney's fees.

Dated: August 16, 2021.                    Respectfully submitted,

/s/ Paul J. Cummings                       /s/ Alexander P. Will (with permission)
Paul J. Cummings, #22713-41                Alexander P. Will, #23474-49
                                           Heather L. Wilson, #20432-41

Attorney for Plaintiff Sarah Bornhorst     Attorneys for Defendant NOW Courier, Inc.
HENN HAWORTH CUMMINGS & PAGE               FROST BROWN TODD, LLC
1634 W Smith Valley Road, Suite B          201 N. Illinois Street, Ste. 1900
Greenwood, Indiana 46142                   Indianapolis, IN 46244-0961
317/885-0041                               317/237-3800
888/308-6503-Fax                           317/237-3900-Fax
paul.cummings@hhcplaw.com                  awill@fbtlaw.com
                                           hwilson@fbtlaw.com